Brad T. Summers
OSB No. 911116
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Sandton Credit Solutions Master Fund III, LP

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WESTERN COMMUNICATIONS, INC., | ) | CASE NO. 19-30223-tmb11 |
| | ) | |
| Debtor. | ) | RESPONSE OF SANDTON CREDIT SOLUTIONS TO DEBTOR'S MOTION TO SELL PERSONAL PROPERTY USED IN THE OPERATIONS OF THE BULLETIN AND REDMOND SPOKESMAN NEWSPAPERS |

Sandton Credit Solutions Master Fund III, LP ("Sandton") responds as follows to the Debtor's motion to sell the personal property used in the operations of The Bulletin and Redmond Spokesman newspapers (ECF No. 182).

Sandton does not object to the Debtor's sale of this property. However, the sale motion indicates that net proceeds payable to Sandton from the sale will be held pending further order of the Court. Sandton does object to having sale proceeds withheld.

Similar motions for the sale of other newspapers in the Debtor's case have also stated that sale proceeds would not be disbursed to Sandton, but upon conferral Sandton was assured that sale proceeds would in fact be disbursed to it upon closing. On that basis Sandton did not file a response

PAGE 1 OF 2   RESPONSE TO DEBTOR'S MOTION TO SELL PERSONAL PROPERTY

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

129161.0002/7721137.1

Case 19-30223-tmb11   Doc 203   Filed 07/19/19

to those motions. Assuming that the form of order approving the instant sale will likewise provide that net sale proceeds will be disbursed to Sandton, Sandton does not object to this sale motion.

DATED: July 19, 2019

LANE POWELL PC

By /s/ Brad T. Summers
 Brad T. Summers
 OSB No. 911116
 Telephone: 503.778.2100
 Facsimile: 503.778.2200
Attorneys for Sandton Credit Solutions Master Fund III, LP

PAGE 2 OF 2  RESPONSE TO DEBTOR'S MOTION TO SELL PERSONAL PROPERTY

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

129161.0002/7721137.1

Case 19-30223-tmb11    Doc 203    Filed 07/19/19

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I caused to be served a copy of the foregoing RESPONSE OF SANDTON CREDIT SOLUTIONS TO DEBTOR'S MOTION TO SELL PERSONAL PROPERTY USED IN THE OPERATIONS OF THE UNION DEMOCRAT NEWSPAPER on the following person(s) in the manner indicated below at the following address(es):

Jonas V. Anderson, E-Mail: jonas.v.anderson@usdoj.gov
Michael W. Fletcher, E-Mail: michael.fletcher@tonkon.com, leslie.hurd@tonkon.com,
    spencer.fisher@tonkon.com
Sarah Flynn, E-Mail: sarah.flynn@usdoj.gov
Albert N. Kennedy, E-Mail: al.kennedy@tonkon.com, leslie.hurd@tonkon.com,
    spencer.fisher@tonkon.com
Kathyrn Perkins, E-Mail: kathryn.e.perkins@usdoj.gov
Craig G. Russillo, E-Mail: crussillo@schwabe.com
US Trustee, Portland, E-Mail: USTPRegion18.PL.ECF@usdoj.gov

☑ **by CM/ECF**

| | | |
|---|---|---|
| CBRE, Inc.<br>Jason Green<br>1300 SW 5th Ave #3000<br>Portland, OR 97201 | Compass Commercial<br>Real Estate Svcs<br>Graham Dent<br>600 SW Columbia St<br>Bend, OR 97702 | Dirks, Van Essen, Murray & April<br>Attn: Phillip Murray<br>119 E Marcy St #100<br>Santa Fe, NM 87501 |
| Grove, Mueller & Swank, P.C.<br>Attn: Devan W. Esch<br>475 Cottage St NE #200<br>Salem, OR 97301 | John J. Howard and Associates<br>1207 Adams Ave<br>La Grande, OR 97850 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 |
| Paul J. Pascuzzi<br>400 Capitol Mail #1750<br>Sacramento, CA 95814 | Pacific Ocean Properties<br>Real Estate<br>555 US Hwy 101 S<br>Crescent City, CA 95531 | The Mountain Group<br>c/o Kevin C. Adams<br>Managing Director<br>POB 453<br>Camp Sherman, OR 97730 |

☑ **by First Class Mail**

                /s/ Brad T. Summers
                Brad T. Summers

CERTIFICATE OF SERVICE

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

129161.0002/7721137.1

Case 19-30223-tmb11    Doc 203    Filed 07/19/19