Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
 Direct Dial: 503.802.2013
 Facsimile: 503.972.3713
 E-Mail: albert.kennedy@tonkon.com
Michael W. Fletcher, OSB No. 010448
 Direct Dial: (503) 802-2169
 Facsimile: (503) 972-3867
 E-Mail: michael.fletcher@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

   Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Western Communications, Inc.<br><br>   Debtor. | Case No. 19-30223-tmb11<br><br>**CERTIFICATE OF SERVICE OF ORDERS AUTHORIZING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS (RHODE ISLAND SUBURBAN NEWSPAPERS, INC. AND SHELBY BISHOP)** |

Pursuant to the Court's Notice of Requirement to Serve Documents, I hereby certify that on July 22, 2019, I served copies of the following on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class, postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. Mail at Portland, Oregon:

1. Order Authorizing Sale of Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Rhode Island Suburban Newspapers, Inc.) [ECF No. 198]; and

**Page 1 of 2** - CERTIFICATE OF SERVICE OF ORDERS AUTHORIZING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS (RHODE ISLAND SUBURBAN NEWSPAPERS, INC. AND SHELBY BISHOP)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 206    Filed 07/22/19

2. Order Authorizing Sale of Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Shelby Bishop) [ECF No. 200].

ECF participants were automatically served through the Court's CM/ECF system on July 16, 2019.

DATED this 22nd day of July, 2019.

TONKON TORP LLP

By */s/ Michael W. Fletcher*
Albert N. Kennedy, OSB NO. 821429
Michael W. Fletcher, OSB No. 010448
Attorneys for Debtor

000646/00045/10199419v1

Page 2 of 2 - CERTIFICATE OF SERVICE OF ORDERS AUTHORIZING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS (RHODE ISLAND SUBURBAN NEWSPAPERS, INC. AND SHELBY BISHOP)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 206    Filed 07/22/19

# LIST OF INTERESTED PARTIES

*In re Western Communications, Inc.*
U.S. Bankruptcy Court Case No. 19-30223-tmb11

## ECF PARTICIPANTS

- JONAS V ANDERSON   jonas.v.anderson@usdoj.gov
- MICHAEL W FLETCHER   michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- SARAH FLYNN   sarah.flynn@usdoj.gov
- ALBERT N KENNEDY   al.kennedy@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- KATHYRN PERKINS   kathryn.e.perkins@usdoj.gov
- CRAIG G RUSSILLO   crussillo@schwabe.com
- BRAD T SUMMERS   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- US TRUSTEE, PORTLAND   USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**TOP 20 UNSECURED CREDITORS**

Advantage Newspaper Consultants
501-B Executive Place
Fayetteville, NC 28305

Bank of America
800 Fifth Ave.
Seattle, WA 98104

Carter & Associates
POB 21444
El Cajon, CA 92021

Century Washington Center Inc
POB 700
Bend, OR 97709

Davis Wright Tremaine LLP
c/o Joseph VanLeuven
1300 SW Fifth Ave., #2400
Portland, OR 97201

Eastman Kodak Company Inc.
343 State St.
Rochester, NY 14650

First Interstate Bank
805 NW Bond St.
Bend, OR 97703

Grove Mueller Swank PC
POB 2122
Salem, OR 97308-2122

Harrigan Price Fronk & Co. LLP
2796 NW Clearwater Dr.
Bend, OR 97703-7008

Homeland Fireworks Inc
POB 7
Jamieson, OR 97097

Journal Graphics Inc
2840 NW 35th Ave.
Portland, OR 97210

Karnopp Petersen LLP
350 SW Bond St., #400
Bend, OR 97702

Newscycle Solutions Inc.
POB 851306
Minneapolis, MN 55485-1306

Oregon Web Press Inc.
263 29th Ave., SW
Albany, OR 97322

Pacific Power Inc
POB 26000
Portland, OR 97256

Page Cooperative Inc.
700 American Ave., #101
King of Prussia, PA 19406

Sacramento Bee
c/o Paul J. Pascuzzi
Felderstein Fitzgerald
  Willoughby & Pascuzzi LLP
400 Capitol Mall, #1750
Sacramento, CA 95814

Southern Lithoplate Inc.
POB 741887
Atlanta, GA 30374

Sun Chemical Inc
POB 2193
Carol Stream, IL 60132-2193

United Way of Deschutes County
POB 5969
Bend, OR 97708

**UCC PARTIES**

Hitachi Capital America Corp.
7808 Creekridge Circle, #250
Edina, MN 55439

Imaging Financial Services, Inc.
POB 35701
Billings, MT 59107

**PROPERTY TAXES**

Baker County Tax Collector
1995 3rd St., #140
Baker City, OR 97814

Curry County Tax Collector
POB 1568
Medford, OR 97501

Del Norte County Tax Collector
981 H St., #150
Crescent City, CA 95531

Deschutes County Tax Collector
POB 7559
1300 NW Wall St., #200
Bend, OR 97701

Tuolumne County Tax Collector
POB 3248
Sonora, CA 95370-3248

Union County Assessor/Tax Collector
1001 4th St., Suites A & B
La Grande, OR 97850

Yazoo County Tax Collector
POB 108
Yazoo City, MS 39194

**OTHER**

Andrews McMeel Universal
Andrews McMeelsynd/
  Universal Uclick
POB 843345
Kansas City, MO 64184-3345