Brad T. Summers
OSB No. 911116
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Sandton Credit Solutions Master Fund III, LP


# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WESTERN COMMUNICATIONS, INC., | ) | CASE NO. 19-30223-tmb11 |
| | ) | |
| Debtor. | ) | RESPONSE OF SANDTON CREDIT |
| | ) | SOLUTIONS TO DEBTOR'S DISCLOSURE |
| | ) | STATEMENT (MAY 22, 2019) |

Debtor's counsel has indicated that the Debtor intends to file an amended disclosure statement to provide updated information about the Debtor's liquidation of its assets to date, and that the Debtor does not intend to seek approval of the current version of the disclosure statement at the hearing scheduled for July 31, 2019.  Sandton therefore reserves its right to object to the amended disclosure statement once it is filed.

DATED:  July 24, 2019

LANE POWELL PC


By /s/ Brad T. Summers
Brad T. Summers
OSB No. 911116
Telephone: 503.778.2100
Facsimile: 503.778.2200
Attorneys for Sandton Credit Solutions Master
Fund III, LP

PAGE 1  OF 1          RESPONSE OF SANDTON SOLUTIONS TO DEBTOR'S
DISCLOSURE STATEMENT (MAY 22, 2019)
**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

129161.0002/7733013.1

Case 19-30223-tmb11    Doc 207    Filed 07/24/19

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I caused to be served a copy of the foregoing OBJECTIONS OF SANDTON SOLUTIONS TO DEBTOR'S DISCLOSURE STATEMENT (MAY 22, 2019) on the following person(s) in the manner indicated below at the following address(es):

Jonas V. Anderson, E-Mail: jonas.v.anderson@usdoj.gov
Michael W. Fletcher, E-Mail: michael.fletcher@tonkon.com, leslie.hurd@tonkon.com, spencer.fisher@tonkon.com
Sarah Flynn, E-Mail: sarah.flynn@usdoj.gov
Albert N. Kennedy, E-Mail: al.kennedy@tonkon.com, leslie.hurd@tonkon.com, spencer.fisher@tonkon.com
Kathryn Perkins, E-Mail: kathryn.e.perkins@usdoj.gov
Craig G. Russillo, E-Mail: crussillo@schwabe.com
US Trustee, Portland, E-Mail: USTPRegion18.PL.ECF@usdoj.gov


☑ **by CM/ECF**

| | | |
|---|---|---|
| CBRE, Inc.<br>Jason Green<br>1300 SW 5th Ave #3000<br>Portland, OR 97201 | Compass Commercial<br>Real Estate Svcs<br>Graham Dent<br>600 SW Columbia St<br>Bend, OR 97702 | Dirks, Van Essen, Murray & April<br>Attn: Phillip Murray<br>119 E Marcy St #100<br>Santa Fe, NM 87501 |
| Grove, Mueller & Swank, P.C.<br>Attn: Devan W. Esch<br>475 Cottage St NE #200<br>Salem, OR 97301 | John J. Howard and Associates<br>1207 Adams Ave<br>La Grande, OR 97850 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 |
| Paul J. Pascuzzi<br>400 Capitol Mail #1750<br>Sacramento, CA 95814 | Pacific Ocean Properties<br>Real Estate<br>555 US Hwy 101 S<br>Crescent City, CA 95531 | The Mountain Group<br>c/o Kevin C. Adams<br>Managing Director<br>POB 453<br>Camp Sherman, OR 97730 |

☑ **by First Class Mail**

/s/ Brad T. Summers
Brad T. Summers

CERTIFICATE OF SERVICE

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

129161.0002/7733013.1