Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
  Direct Dial: 503.802.2013
  Facsimile: 503.972.3713
  E-Mail: albert.kennedy@tonkon.com
Michael W. Fletcher, OSB No. 010448
  Direct Dial: (503) 802-2169
  Facsimile: (503) 972-3867
  E-Mail: michael.fletcher@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

   Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Western Communications, Inc.<br><br>Debtor. | Case No. 19-30223-tmb11<br><br>**MOTION FOR TELEPHONIC APPEARANCE FOR NATHAN Q. RUGG ON BEHALF OF RHODE ISLAND SUBURBAN NEWSPAPERS, INC.** |

Debtor moves this Court pursuant to Local Bankruptcy Rule 7007-1(d)(3) to allow Nathan Q. Rugg, attorney for Rhode Island Suburban Newspapers, Inc. ("RISN"), to appear by telephone at the hearing scheduled for July 29, 2019 at 1:30 p.m. for the following reasons:

1. RISN wishes for Mr. Rugg to appear telephonically because he is located in Chicago, Illinois and travelling to Oregon for this hearing would result in substantial expense to RISN.

2. Mr. Rugg's appearance is necessary because RISN wishes for Mr. Rugg to present RISN's request for a break-up fee arising from the Bend sale transaction, as

**Page 1 of 2** -   MOTION FOR TELEPHONIC APPEARANCE FOR NATHAN Q. RUGG ON
             BEHALF OF RHODE ISLAND SUBURBAN NEWSPAPERS, INC.

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 208    Filed 07/24/19

1 provided by the Bend Asset Purchase Agreement between RISN and the Debtor, filed with
2 the Court on July 3, 2019 [Docket No. 194].
3       3.     Debtor does not object to Mr. Rugg appearing by telephone.
4 DATED this 24th day of July, 2019.

                              TONKON TORP LLP

                              By */s/ Michael W. Fletcher*
                                  Albert N. Kennedy, OSB NO. 821429
                                  Michael W. Fletcher, OSB No. 010448
                                  Attorneys for Debtor

**Page 2 of 2** - MOTION FOR TELEPHONIC APPEARANCE FOR NATHAN Q. RUGG ON BEHALF OF RHODE ISLAND SUBURBAN NEWSPAPERS, INC.

**Tonkon Torp** LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 208   Filed 07/24/19

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION FOR TELEPHONIC APPEARANCE FOR NATHAN Q. RUGG ON BEHALF OF RHODE ISLAND SUBURBAN NEWSPAPERS, INC.** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

DATED this 24th day of July, 2019.

TONKON TORP LLP

By */s/ Michael W. Fletcher*
Albert N. Kennedy, OSB NO. 821429
Michael W. Fletcher, OSB No. 010448
Attorneys for Debtor

**Page 1 of 1** - CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

*In re Western Communications, Inc.*
**U.S. Bankruptcy Court Case No. 19-30223-tmb11**

## ECF PARTICIPANTS

- JONAS V ANDERSON    jonas.v.anderson@usdoj.gov
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- SARAH FLYNN    sarah.flynn@usdoj.gov
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- KATHYRN PERKINS    kathryn.e.perkins@usdoj.gov
- CRAIG G RUSSILLO    crussillo@schwabe.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

000646/00045/10210091v1