IT IS ORDERED that the application below is approved.

/s/ Trish M. Brown
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re:
**Western Communications, Inc.,**

Debtor(s)

Plaintiff(s)
v.

Defendant(s)

Case No: **19-30223-tmb11**

**AMENDED APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE*, AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **Rhode Island Suburban Newspapers Inc.** _____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

  (1) **Personal Data**:

   (A) Attorney's Name: **Nathan Q. Rugg**

   (B) Firm or Business Affiliation: **Barack Ferrazzano Kirschbaum & Nagelberg LLP**

   (C) Mailing Address: **200 W. Madison St., Suite 3900, Chicago, Illinois 60606**

   (D) Business Telephone Number: **312-984-3127**

   (E) Fax Telephone Number: **312-984-3150**

   (F) E-Mail Address: **nathan.rugg@bfkn.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

  (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:
  **Illinois State Bar; Good Standing; Admitted November 9, 2000; BAR ID 6272969**

  (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:

(3) **Certification of Disciplinary Proceedings**:

  ☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

  ☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

  (A) Name and Oregon State Bar ID Number: **Britta E. Warren - Oregon State Bar #065441**

  (B) Firm or Business Affiliation: **Black Helterline LLP**

  (C) Mailing Address: **805 SW Broadway, Suite 1900, Portland, OR 97205**

  (D) Business Telephone Number: **503-224-5560**

  (E) Fax Telephone Number: **503-224-6148**

  (F) E-Mail Address: **bew@bhlaw.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

/s/ Britta E. Warren
_____
Local Counsel
NAME: **Britta E. Warren - OSB #065441**
ADDRESS: **805 SW Broadway, Suite 1900**
              **Portland, OR 97205**
PHONE: **503-224-5560**

/s/ Nathan Q. Rugg
_____
Special Admissions Applicant
NAME: **Nathan Q. Rugg**
ADDRESS: **200 West Madison Street, Suite 3900**
              **Chicago, Illinois 60606**
PHONE: **773-984-3127**