(1) **Preliminary Hearing on Expedited Notice of Request for Payment of Break-Up Fee from Proceeds of Bend Sale Filed By Interested Party Rhode Island Suburban Newspapers Inc. (WARREN, BRITTA) (211)**

Western Communications, Inc. - db MICHAEL W FLETCHER

Rhode Island Suburban                 BRITTA E WARREN / Nathan Russ

(2) **Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor s Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $181  i (Bulletin and Spokesman newspaper businesses) /i  Filed By Debtor Western Communications, Inc. Hearing Scheduled for 7/29/2019 at 01:30 PM in/by Courtroom #4, Portland. (FLETCHER, MICHAEL) (182)**

Western Communications, Inc. - db MICHAEL W FLETCHER

---

Evidentiary Hearing:          Yes: ☐          No: ☐

(2) If issues with the Order 8/19/19 @ 9:30
Sale allowed to East Oregonian Publishing for
3.65 million, May take some time to submit order

(1)

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

✓ Hearing on Request for Break-up Fee is
Continued to 8/19/19 @ 9:30. Any objections
to the Break-up Fee are due by 5:00 pm
on August 12, 2019. If no objections are
filed the Break-up Fee will be allowed.

Run Date:        07/29/19

In Re:                          )      Case # 19-30223-tmb11

Western Communications Inc.      )
                                 )
                                 )
                                 )
Debtor

## List of Persons Attending

Date of Hearing 7/29/19

**PRINT YOUR NAME**

**PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT**

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
| --- | --- |
| Mike Fretcher | Debtor - WC |
| Greg Fowler | Debtor - WC |
| Tony Summers | Sandton |
| Heidi Wright | EO Media Group |
| Brttla Warren | Rhode Island Suburban Newspaper, Inc. |
| Elizabeth C. McCool | Western Communications |