Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Western Communications, Inc.<br><br>Debtor. | Case No. 19-30223-tmb11<br><br>**FOURTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND SETTING CONTINUED HEARING ON OCTOBER 21, 2019 AT 9:00 A.M.** |

THIS MATTER having come before the Court upon Debtor's Motion for Authority to Use Cash Collateral (the "Motion") [ECF No. 12], a hearing having been held before the Court, and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that:

1. On an interim basis pending a final hearing on the Motion, Debtor is authorized to use cash collateral in which Sandton Credit Solutions Master Fund III, LP ("Sandton") claims a security interest (the "Cash Collateral") in accordance with the terms of this Order to pay costs and expenses incurred by Debtor in the ordinary course of its business, consistent with the budget attached to this Order as **Exhibit 1** (the "Budget").

**Page 1 of 5** - FOURTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND SETTING CONTINUED HEARING ON OCTOBER 21, 2019 AT 9:00 A.M.

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 219    Filed 08/01/19

2. Debtor's authority to use Cash Collateral is limited to the amounts set forth in the Budget; provided, however, that Debtor may make expenditures in excess of said sums in the Budget so long as any variance shall not exceed 8% of the cumulative expenses as set forth in the Budget, tested on a monthly basis. Debtor may exceed such variances only with the prior written consent of Sandton or by subsequently entered order of this Court. On or before 10 days after the end of each month, Debtor shall deliver to Sandton a report comparing, on a line item and aggregate basis, Debtors' actual performance to the Budget.

3. Debtor's authority to use Cash Collateral, without further order of the Court issued after notice and hearing or the written consent of Sandton, shall automatically expire upon the earlier of (a) October 31, 2019, or (b) regardless of whether Debtor has expended the entire amount set forth in the Budget, the failure by Debtor to comply with any provision of this Order (such failure being an "Event of Default"), which failure is not remedied within five business days after delivery of notice of such failure by Sandton to Debtor (the earlier of such date, the "Termination Date"). Upon the Termination Date, Debtor's authority to use or spend any further Cash Collateral shall automatically terminate unless and until Debtor obtains the written consent of Sandton or a further order of this Court, issued after notice and an opportunity for a hearing; provided, however, that notwithstanding the occurrence of the Termination Date, Debtor shall be authorized to use Cash Collateral to pay those budgeted amounts that have been incurred prior to the Termination Date.

4. As adequate protection for any Cash Collateral used by Debtor, Sandton is hereby granted, pursuant to Sections 361(1) and 363(e) of the Bankruptcy Code, a perfected lien (the "Replacement Lien") to secure an amount of Sandton's prepetition claims equal to the extent of any diminution in value of Sandton's collateral as of January 21, 2019 (the "Petition Date") (the "Diminution") by reason of the use of Cash Collateral authorized herein, whether as a result of physical deterioration, consumption, shrinkage, or otherwise. The Replacement Lien shall attach to all property and assets of Debtor and its estate, of any kind or nature whatsoever,

Page 2 of 5 - FOURTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND SETTING CONTINUED HEARING ON OCTOBER 21, 2019 AT 9:00 A.M.

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 219    Filed 08/01/19

whether now owned or hereinafter acquired by Debtor, and all products, proceeds, rents, issues, or profits thereof that were either subject to Sandton's security interests or liens as of the Petition Date or acquired as a result of Debtor's use and/or expenditure of Cash Collateral; provided, however, that the Replacement Lien shall not attach to property recovered through the exercise of the powers granted under Sections 506(c), 544, 545, 547, 548 and 549 of the Bankruptcy Code.  Granting this security interest to Sandton is for the purpose of providing adequate protection to Sandton to protect its allowed secured claim on the Petition Date and is not intended, nor shall it be deemed, to improve the collateral position of Sandton as of the Petition Date.

    5. The Replacement Lien shall be in addition to all other security interests and liens securing Sandton's allowed secured claim in existence on the Petition Date. Additionally, nothing in this Order shall abridge or limit Sandton's security interest in proceeds, products, or profits to the extent provided under Section 552 of the Bankruptcy Code.

    6. The Replacement Lien hereunder shall at all times be senior to the rights of Debtor and any successor trustee or estate representative in this case or any subsequent cases or proceedings under the Bankruptcy Code.  With respect to the collateral encumbered by prepetition liens in favor of Sandton, the Replacement Lien shall have the same priority as Sandton's prepetition liens in any property or assets acquired by Debtor postpetition of the same nature or type.  With respect to any other property acquired by Debtor postpetition to which the Replacement Lien applies, the priority of the Replacement Lien shall be determined as of the date of entry of this Order.

    7. The Replacement Lien granted to Sandton by this Order shall be perfected and enforceable by operation of law upon execution and entry of this Order by the Court without regard to whether such Replacement Lien is perfected under applicable non-bankruptcy law. Sandton shall have relief from the automatic stay to allow Sandton to perfect its Replacement Lien under applicable nonbankruptcy law.

**Tonkon Torp LLP**
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

8. To the extent the Replacement Lien proves to be inadequate as adequate protection for the Diminution, as further partial adequate protection Sandton shall and hereby does hold allowed administrative claims under Section 503(b) of the Bankruptcy Code, which claims shall have priority over, and be senior to, all other administrative claims against Debtor pursuant to Section 507(b) of the Bankruptcy Code.

9. Debtor shall at all times keep the Prepetition Collateral and the properties to which the Replacement Lien attaches free and clear of all other liens, encumbrances, and security interests, other than those in existence on the Petition Date, and shall pay and discharge when due all taxes, levies, and other charges arising or accruing from and after the Petition Date. Debtor shall at all times maintain the Prepetition Collateral and cause to be maintained policies of insurance providing adequate coverage for the Prepetition Collateral for all property and casualty risks.

10. The provisions of this Order and the effect of any actions taken hereunder shall survive issuance and entry of any order converting this case to one under Chapter 7 of the Bankruptcy Code or dismissing this Chapter 11 case. The priorities, liens, and security interests granted herein shall continue in this or any superseding case under the Bankruptcy Code, and any such liens and security interests shall maintain their priority as provided herein until satisfied and discharged subject to the Bankruptcy Code.

11. Upon reasonable prior notice from Sandton, Debtor shall allow Sandton access during normal business hours to its collateral for the purpose of inspecting or appraising such collateral. This Order, and each of its terms, shall be effective immediately upon entry by the Court.

IT IS FURTHER ORDERED that a continued hearing on Debtor's Motion for Authority to Use Cash Collateral shall be held by the Court in Courtroom 4 of the United States Bankruptcy Court for the District of Oregon, 1050 SW Sixth Avenue, Portland, Oregon 97204, on October 21, 2019, at 9:00 a.m. Within three business days after the entry hereof, Debtor shall

**Page 4 of 5** - FOURTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND SETTING CONTINUED HEARING ON OCTOBER 21, 2019 AT 9:00 A.M.

**Tonkon Torp LLP**
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 219    Filed 08/01/19

mail or otherwise serve a copy of this Order, together with a notice of the further hearing, pursuant to LBR 4001-1.D and LBF 541.50.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By */s/ Michael W. Fletcher*
    Albert N. Kennedy, OSB No. 821429
    Michael W. Fletcher, OSB No. 010448
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:  al.kennedy@tonkon.com
             michael.fletcher@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

**Page 5 of 5** - FOURTH INTERIM ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND SETTING CONTINUED HEARING ON OCTOBER 21, 2019 AT 9:00 A.M.
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-30223-tmb11    Doc 219    Filed 08/01/19

**Western Communications**
**Cash Collateral Budget**

| | | Source | Actual | Actual | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Data Type | | | | | | | | | | | |
| | Weeks Beginning - Mondays | | 6/3/2019 | 6/10/2019 | 6/17/2019 | 6/24/2019 | 7/1/2019 | 7/8/2019 | 7/15/2019 | 7/22/2019 | 7/29/2019 | 8/5/2019 |
| | Weeks Ending - Sundays | | 6/9/2019 | 6/16/2019 | 6/23/2019 | 6/30/2019 | 7/7/2019 | 7/14/2019 | 7/21/2019 | 7/28/2019 | 8/4/2019 | 8/11/2019 |
| | **RECEIPTS (CR) - SOURCES** | | | | | | | | | | | |
| R1 | Advertising All | R1&R2 | 85,378 | 168,440 | 257,757 | 281,053 | 34,356 | 216,100 | 216,100 | 216,100 | 216,100 | 141,800 |
| R2 | Advertising Other | R1&R2 | 360 | 1,525 | - | 936 | - | - | - | - | - | - |
| R3 | Circulation Auto Renew CC | R3-R5 | 34,258 | 38,586 | 45,071 | 40,227 | 28,287 | 34,000 | 34,000 | 34,000 | 34,000 | 28,300 |
| R4 | Circulation Auto Renew ACH | R3-R5 | 10,407 | 16,038 | 13,581 | 10,978 | 8,109 | 9,800 | 9,800 | 9,800 | 9,800 | 8,100 |
| R5 | Circulation Auto Renew Check/Cash | R3-R5 | 68,156 | 76,267 | 78,310 | 66,998 | 48,627 | 33,400 | 33,400 | 33,400 | 33,400 | 26,700 |
| R6 | Other Receipts | R6 | - | - | - | - | 1,125,000 | - | - | - | 1,122,500 | 5,400 |
| | **Total Receipts** | | 198,560 | 300,855 | 394,719 | 400,191 | 1,244,379 | 293,300 | 293,300 | 293,300 | 1,415,800 | 210,300 |
| | **DISBURSEMENTS (CD) - USES** | | | | | | | | | | | |
| DL1 | Gross Payroll | DL 1-3 | 148,962 | 138,825 | 148,130 | - | 387,434 | 107,600 | 107,600 | 107,600 | 107,600 | 89,600 |
| DL2 | Employer Taxes/Workers Comp | DL 1-3 | 15,471 | 15,442 | 14,945 | - | 39,916 | - | 47,300 | - | 26,600 | 20,700 |
| DL3 | Benefits (Health Ins./Retirement) | DL 1-3 | 25,447 | 7,510 | 17,514 | 7,275 | 21,172 | 1,000 | 1,000 | 1,000 | 1,000 | 800 |
| | **Total Labor** | | 189,880 | 161,777 | 180,589 | 7,275 | 448,522 | 108,600 | 155,900 | 108,600 | 135,200 | 111,100 |
| D4 | Property/Casualty/Liability Insurance | D4 | - | - | - | 38,849 | - | 4,900 | 4,900 | 4,900 | 4,900 | 4,900 |
| D5 | Carriers/Haulers/Freight | D5&D6 | - | 89,012 | 2,542 | 69,625 | - | 800 | 68,800 | 58,600 | 800 | 700 |
| D6 | Correspondents & Other Contract Labor | D5&D6 | 3,295 | 3,900 | 6,222 | 4,851 | 3,731 | 4,900 | 4,900 | 4,900 | 4,900 | 4,200 |
| D7 | News Bureaus | D7 | 4,571 | 10,133 | 5,667 | 2,678 | 10,630 | 8,300 | 8,300 | 8,300 | 8,300 | 5,800 |
| D8 | Newsprint | D8 | 16,905 | 37,376 | 105,150 | 1,659 | 34,197 | 47,100 | 47,100 | 47,100 | 47,100 | 25,600 |
| D9 | Chemicals/Ink | D9 | - | - | 2,711 | 18,086 | 46 | 1,700 | 1,700 | 1,700 | 1,700 | 1,900 |
| D10 | Postage | D10&D11 | 590 | 649 | 1,217 | 177 | 9,402 | 3,600 | 3,600 | 3,600 | 3,600 | 2,400 |
| D11 | Dues & Subscriptions/Software License Fees | D10&D11 | 2,344 | 899 | 46,785 | 21,490 | 3,355 | 2,300 | 2,300 | 2,300 | 2,300 | 2,100 |
| D12 | Utilities/Phone/Internet | D12&D13 | 4,905 | 5,447 | 64,375 | 18,652 | 6,906 | 9,800 | 9,800 | 9,800 | 9,800 | 6,500 |
| D13 | Utility Prepayments | D12&D13 | - | - | - | - | - | - | - | - | - | - |
| D14 | Maintenance - Building/Vechilces/Equipment | D14 | 4,010 | 1,744 | 7,404 | 4,082 | 2,587 | 5,500 | 5,500 | 5,500 | 5,500 | 2,700 |
| D15 | Other Operating Expenses | D15 | 10,338 | 5,767 | 29,911 | 15,653 | 12,852 | 17,400 | 17,400 | 17,400 | 274,100 | 15,100 |
| D16 | Capital Improvements | D16 | - | - | - | - | - | - | - | - | - | - |
| D17 | Professional Fees | D17 | 81 | - | - | - | - | - | - | - | - | - |
| D18 | US Trustee Fee | D18 | - | - | - | - | - | - | - | 42,277 | - | - |
| D19 | Interest - Sandton Debt (4.5%) | D19 | - | - | - | - | - | 835,300 | - | - | - | 865,800 |
| | **Total Disbursements** | | 236,920 | 316,703 | 452,573 | 203,078 | 532,227 | 1,050,200 | 330,200 | 314,977 | 498,200 | 1,048,800 |
| | Increase (Decrease) in Cash | | (38,360) | (15,848) | (57,854) | 197,114 | 712,151 | (756,900) | (36,900) | (21,677) | 917,600 | (838,500) |
| | Cash Beginning Balance | | 179,608 | 141,248 | 125,400 | 67,546 | 264,660 | 976,811 | 219,911 | 183,011 | 161,334 | 1,078,934 |
| | Cash Ending Balance - Book | | 141,248 | 125,400 | 67,546 | 264,660 | 976,811 | 219,911 | 183,011 | 161,334 | 1,078,934 | 240,434 |

**EXHIBIT 1**
**Page 1 of 3**

**Western Communications**
**Cash Collateral Budget**

| | Data Type | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 8/12/2019 | 8/19/2019 | 8/26/2019 | 9/2/2019 | 9/9/2019 | 9/16/2019 | 9/23/2019 | 9/30/2019 | 10/7/2019 | 10/14/2019 |
| | Weeks Ending - Sundays | | 8/18/2019 | 8/25/2019 | 9/1/2019 | 9/8/2019 | 9/15/2019 | 9/22/2019 | 9/29/2019 | 10/6/2019 | 10/13/2019 | 10/20/2019 |
| | | Source | | | | | | | | | | |
| | **RECEIPTS (CR) - SOURCES** | | | | | | | | | | | |
| R1 | Advertising All | R1&R2 | 141,800 | 141,800 | 141,800 | - | - | - | - | - | - | - |
| R2 | Advertising Other | R1&R2 | - | - | - | - | - | - | - | - | - | - |
| R3 | Circulation Auto Renew CC | R3-R5 | 28,300 | 28,300 | 28,300 | - | - | - | - | - | - | - |
| R4 | Circulation Auto Renew ACH | R3-R5 | 8,100 | 8,100 | 8,100 | - | - | - | - | - | - | - |
| R5 | Circulation Auto Renew Check/Cash | R3-R5 | 26,700 | 26,700 | 26,700 | - | - | - | - | - | - | - |
| R6 | Other Receipts | R6 | - | - | - | 25,400 | - | - | - | 25,400 | - | - |
| | **Total Receipts** | | 204,900 | 204,900 | 204,900 | 25,400 | - | - | - | 25,400 | - | - |
| | **DISBURSEMENTS (CD) - USES** | | | | | | | | | | | |
| DL1 | Gross Payroll | DL 1-3 | 89,600 | 89,600 | 89,600 | - | - | 8,000 | - | - | - | 8,000 |
| DL2 | Employer Taxes/Workers Comp | DL 1-3 | 26,600 | 20,700 | 26,600 | - | - | - | - | - | - | - |
| DL3 | Benefits (Health Ins./Retirement) | DL 1-3 | 800 | 800 | 800 | - | - | - | - | - | - | - |
| | **Total Labor** | | 117,000 | 111,100 | 117,000 | - | - | 8,000 | - | - | - | 8,000 |
| D4 | Property/Casualty/Liability Insurance | D4 | 4,900 | 4,900 | 4,900 | - | - | - | - | - | - | - |
| D5 | Carriers/Haulers/Freight | D5&D6 | 53,400 | 45,500 | 700 | - | - | - | - | - | - | - |
| D6 | Correspondents & Other Contract Labor | D5&D6 | 4,200 | 4,200 | 4,200 | - | - | - | - | - | - | - |
| D7 | News Bureaus | D7 | 5,800 | 5,800 | 5,800 | - | - | - | - | - | - | - |
| D8 | Newsprint | D8 | 25,600 | 25,600 | 25,600 | - | - | - | - | - | - | - |
| D9 | Chemicals/Ink | D9 | 1,900 | 1,900 | 1,900 | - | - | - | - | - | - | - |
| D10 | Postage | D10&D11 | 2,400 | 2,400 | 2,400 | - | - | - | - | - | - | - |
| D11 | Dues & Subscriptions/Software License Fees | D10&D11 | 2,100 | 2,100 | 2,100 | - | - | - | - | - | - | - |
| D12 | Utilities/Phone/Internet | D12&D13 | 6,500 | 6,500 | 6,500 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 |
| D13 | Utility Prepayments | D12&D13 | - | - | - | - | - | - | - | - | - | - |
| D14 | Maintenance - Building/Vechilces/Equipment | D14 | 2,700 | 2,700 | 2,700 | - | - | - | - | - | - | - |
| D15 | Other Operating Expenses | D15 | 15,100 | 15,100 | 4,900 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| D16 | Capital Improvements | D16 | - | - | - | - | - | - | - | - | - | - |
| D17 | Professional Fees | D17 | - | - | - | - | - | - | - | - | - | - |
| D18 | US Trustee Fee | D18 | - | - | - | - | - | - | - | - | - | 44,639 |
| D19 | Interest - Sandton Debt (4.5%) | D19 | - | - | - | - | - | - | - | - | - | - |
| | **Total Disbursements** | | 241,600 | 227,800 | 178,700 | 8,300 | 8,300 | 16,300 | 8,300 | 8,300 | 8,300 | 60,939 |
| | **Increase (Decrease) in Cash** | | (36,700) | (22,900) | 26,200 | 17,100 | (8,300) | (16,300) | (8,300) | 17,100 | (8,300) | (60,939) |
| | **Cash Beginning Balance** | | 240,434 | 203,734 | 180,834 | 207,034 | 224,134 | 215,834 | 199,534 | 191,234 | 208,334 | 200,034 |
| | **Cash Ending Balance - Book** | | 203,734 | 180,834 | 207,034 | 224,134 | 215,834 | 199,534 | 191,234 | 208,334 | 200,034 | 139,095 |

**EXHIBIT 1**
**Page 2 of 3**

**Western Communications**
**Cash Collateral Budget**

| | Data Type | | Forecast | Forecast |
|---|---|---|---|---|
| | Weeks Beginning - Mondays | | 10/21/2019 | 10/28/2019 |
| | Weeks Ending - Sundays | | 10/27/2019 | 11/3/2019 |
| | | Source | | |
| | **RECEIPTS (CR) - SOURCES** | | | |
| R1 | Advertising All | R1&R2 | - | - |
| R2 | Advertising Other | R1&R2 | - | - |
| R3 | Circulation Auto Renew CC | R3-R5 | - | - |
| R4 | Circulation Auto Renew ACH | R3-R5 | - | - |
| R5 | Circulation Auto Renew Check/Cash | R3-R5 | - | - |
| R6 | Other Receipts | R6 | - | - |
| | **Total Receipts** | | - | - |
| | **DISBURSEMENTS (CD) - USES** | | | |
| DL1 | Gross Payroll | DL 1-3 | - | - |
| DL2 | Employer Taxes/Workers Comp | DL 1-3 | - | - |
| DL3 | Benefits (Health Ins./Retirement) | DL 1-3 | - | - |
| | **Total Labor** | | - | - |
| D4 | Property/Casualty/Liability Insurance | D4 | - | - |
| D5 | Carriers/Haulers/Freight | D5&D6 | - | - |
| D6 | Correspondents & Other Contract Labor | D5&D6 | - | - |
| D7 | News Bureaus | D7 | - | - |
| D8 | Newsprint | D8 | - | - |
| D9 | Chemicals/Ink | D9 | - | - |
| D10 | Postage | D10&D11 | - | - |
| D11 | Dues & Subscriptions/Software License Fees | D10&D11 | - | - |
| D12 | Utilities/Phone/Internet | D12&D13 | 3,300 | 3,300 |
| D13 | Utility Prepayments | D12&D13 | - | - |
| D14 | Maintenance - Building/Vechilces/Equipment | D14 | - | - |
| D15 | Other Operating Expenses | D15 | 5,000 | 5,000 |
| D16 | Capital Improvements | D16 | - | - |
| D17 | Professional Fees | D17 | - | - |
| D18 | US Trustee Fee | D18 | - | - |
| D19 | Interest - Sandton Debt (4.5%) | D19 | - | - |
| | **Total Disbursements** | | 8,300 | 8,300 |
| | **Increase (Decrease) in Cash** | | (8,300) | (8,300) |
| | **Cash Beginning Balance** | | 139,095 | 130,795 |
| | **Cash Ending Balance - Book** | | 130,795 | 122,495 |

EXHIBIT 1
Page 3 of 3

Case 19-30223-tmb11    Doc 219    Filed 08/01/19

# EXHIBIT 1

CASH COLLATERAL BUDGET

# LIST OF INTERESTED PARTIES

*In re Western Communications, Inc.*
**U.S. Bankruptcy Court Case No. 19-30223-tmb11**

## ECF PARTICIPANTS

- JONAS V ANDERSON     jonas.v.anderson@usdoj.gov
- MICHAEL W FLETCHER     michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- SARAH FLYNN     sarah.flynn@usdoj.gov
- ALBERT N KENNEDY     al.kennedy@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- KATHYRN PERKINS     kathryn.e.perkins@usdoj.gov
- CRAIG G RUSSILLO     crussillo@schwabe.com
- BRAD T SUMMERS     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- US TRUSTEE, PORTLAND     USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**TOP 20 UNSECURED CREDITORS**

Advantage Newspaper Consultants
501-B Executive Place
Fayetteville, NC 28305

Bank of America
800 Fifth Ave.
Seattle, WA 98104

Carter & Associates
POB 21444
El Cajon, CA 92021

Century Washington Center Inc
POB 700
Bend, OR 97709

Davis Wright Tremaine LLP
c/o Joseph VanLeuven
1300 SW Fifth Ave., #2400
Portland, OR 97201

Eastman Kodak Company Inc.
343 State St.
Rochester, NY 14650

First Interstate Bank
805 NW Bond St.
Bend, OR 97703

Grove Mueller Swank PC
POB 2122
Salem, OR 97308-2122

Harrigan Price Fronk & Co. LLP
2796 NW Clearwater Dr.
Bend, OR 97703-7008

Homeland Fireworks Inc
POB 7
Jamieson, OR 97097

Journal Graphics Inc
2840 NW 35th Ave.
Portland, OR 97210

Karnopp Petersen LLP
350 SW Bond St., #400
Bend, OR 97702

Newscycle Solutions Inc.
POB 851306
Minneapolis, MN 55485-1306

Oregon Web Press Inc.
263 29th Ave., SW
Albany, OR 97322

Pacific Power Inc
POB 26000
Portland, OR 97256

Page Cooperative Inc.
700 American Ave., #101
King of Prussia, PA 19406

Sacramento Bee
c/o Paul J. Pascuzzi
Felderstein Fitzgerald
  Willoughby & Pascuzzi LLP
400 Capitol Mall, #1750
Sacramento, CA 95814

Southern Lithoplate Inc.
POB 741887
Atlanta, GA 30374

Sun Chemical Inc
POB 2193
Carol Stream, IL 60132-2193

United Way of Deschutes County
POB 5969
Bend, OR 97708

**UCC PARTIES**

Hitachi Capital America Corp.
7808 Creekridge Circle, #250
Edina, MN 55439

Imaging Financial Services, Inc.
POB 35701
Billings, MT 59107

**PROPERTY TAXES**

Baker County Tax Collector
1995 3rd St., #140
Baker City, OR 97814

Curry County Tax Collector
POB 1568
Medford, OR 97501

Del Norte County Tax Collector
981 H St., #150
Crescent City, CA 95531

Deschutes County Tax Collector
POB 7559
1300 NW Wall St., #200
Bend, OR 97701

Tuolumne County Tax Collector
POB 3248
Sonora, CA 95370-3248

Union County Assessor/Tax Collector
1001 4th St., Suites A & B
La Grande, OR 97850

Yazoo County Tax Collector
POB 108
Yazoo City, MS 39194

**OTHER**

Andrews McMeel Universal
Andrews McMeelsynd/
  Universal Uclick
POB 843345
Kansas City, MO 64184-3345

000646/00045/10230230v1